**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

NICEFORO FLORES, individually, and on behalf of other employees similarly situated,

Plaintiff,

vs.

C&S WHOLESALE GROCERS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 2:26-cv-02278-TLN-AC

**ORDER GRANTING STIPULATION TO FURTHER EXTEND DEFENDANT C&S WHOLESALE GROCERS, LLC'S TIME TO RESPOND TO COMPLAINT**

**ORDER**

Having reviewed and considered the Parties' Stipulation to Further Extend Defendant C&S Wholesale Grocers, LLC's Time to Respond to Complaint (the "Stipulation"), and good cause appearing for granting the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows, using the same terms as defined and used in the Stipulation:

1. Defendant's time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiff's Complaint shall be and hereby is extended by fourteen (14) days, to and including August 17, 2026; and

2. By entering into the Stipulation, the Parties do not waive and expressly reserve all rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or the claims asserted therein.

**IT IS SO ORDERED.**

Dated: August 3, 2026

Troy L. Nunley
Chief United States District Judge